**BOARD OF EDUCATION OF HICKORY v. SEAGLE**

[343 N.C. 509 (1996)]

BOARD OF EDUCATION OF THE HICKORY ADMINISTRATIVE SCHOOL UNIT v. CAM R. SEAGLE, WIDOW; BENJAMIN F. SEAGLE, III AND WIFE, ANN SEAGLE; THOMAS CALDWELL SEAGLE AND WIFE, LINDA SEAGLE; CAMELLIA SEAGLE WEIR AND HUSBAND, WILLIAM C. WEIR

No. 518PA95

(Filed 13 June 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 120 N.C. App. 566, 463 S.E.2d 277 (1995), affirming summary judgment entered 27 June 1994 by Downs, J., in Superior Court, Catawba County. Heard in the Supreme Court 17 May 1996.

*Sigmon, Clark, Mackie & Hutton, by E. Fielding Clark, II, and Jeffrey T. Mackie, for plaintiff-appellee.*

*Patrick, Harper & Dixon, by Donald R. Fuller, Jr., and Kimberly A. Huffman, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.